**Order entered October 17, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00176-CR

**RAYMOND ELLIS NEWSOME, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-20384-W**

## ORDER

Before the Court is appellant's October 16, 2018 motion to supplement the record. Appellant asserts that, after the jury retired to determine punishment, appellant made an objection on the record in which he referenced a pretrial hearing on extraneous crimes, wrongs or other acts. Appellant notes that the reporter's record on file in this Court does not contain any pretrial hearings and asks that the record be supplemented to include the pretrial hearing. After reviewing the reporter's record, we confirm there is no pretrial hearing contained in the record. We have also reviewed the trial court's docket sheet and note there is no reference to a pretrial hearing in the docket sheet.

We **GRANT** appellant's motion to the extent that we **ORDER** official court reporter Patricia Holt and deputy court reporter Darline King LaBar each to file, **WITHIN TEN DAYS**

**OF THE DATE OF THIS ORDER**, (1) any and all pretrial hearings reported in the above case or (2) in the event no pretrial hearings were reported, written verification that no pretrial hearings were reported.

/s/     LANA MYERS
          JUSTICE